1  Kathryn L. Johnson (#19150)
   Law Office of Kathryn L. Johnson, PLC
2  2 E. Congress Street, Suite 900
   Tucson, AZ 85701
3  (520) 743-2257; (520) 743-2231 facsimile
   Attorney for Debtors
4

5                UNITED STATES BANKRUPTCY COURT
6
                     DISTRICT OF ARIZONA
7  In Re:                          )        In Proceedings Under Chapter 13
                                   )
8  CARLOS BURTON,                  )        Case No.: 4:10-bk-19913-JMM
   CARLA L. BURTON,                )
9                                  )
                                   )
           Debtors.               )
10                                 )
                                   )
11 _____ )
                                   )
12 CARLOS BURTON,                  )        Adversary Proceeding
   CARLA L. BURTON,                )        Case no.: 4:10-ap-01233-JMM
13                                 )
           Plaintiffs,            )
14                                 )        COMPLAINT TO DETERMINE
   BAC HOME LOANS,                 )        EXTENT AND VALIDITY OF
15 J P MORGAN CHASE BANK,          )        LIENS
                                   )
16         Defendants.            )
17 _____ )

18

19        COME NOW Debtors/Plaintiffs, Carlos Burton and Carla L. Burton, by and through

20 counsel undersigned, and pursuant to *sections 105 and 522 of title 11 of the United States*

21 *Bankruptcy Code (the "Bankruptcy Code") and Rule 7001 of the Federal Rules of Bankruptcy*

22 *Procedure* allege as follows:

23                         NATURE OF THE ACTION

24        1.     This action is an adversary proceeding brought pursuant to *sections 105 and 522*

25 *of the Bankruptcy Code* and *Rule 7001 of the Federal Rules of Bankruptcy Procedure* to

26 determine the extent and validity of a second and third lien held by BAC Home Loans and JP

27 Morgan Chase Bank.

28        2.     Debtors/Plaintiffs now seek a determination and declaration as to the nature and

1   the extent of Promissory Notes held by BAC Home Loans and JP Morgan Chase Bank and

2   secured by Deeds of Trust on Debtors' Homestead and how such liens should be treated in

3   Debtors' Chapter 13 Plan.

4   <div align="center">JURISDICTION AND VENUE</div>

5   3.    This Court has jurisdiction over this proceeding pursuant to *28 U.S.C. sections 157*

6   *and 1334.* This proceeding is a core proceeding pursuant to *28 U.S.C. section 157(b)(2)(A), (I)*

7   *and (O)*.

8   4.    Venue in this Court is proper pursuant to *28 U.S.C. sections 1408 and 1409*.

9   <div align="center">THE PARTIES</div>

10   5.    Plaintiffs:    Debtors, Carlos Burton and Carla L. Burton.

11   6.    Defendants:    BAC Home Loans and JP Morgan Chase Bank

12   <div align="center">FACTUAL BACKGROUND</div>

13   7.    Debtors' Homestead is located at 5164 East Circulo Las Cabanas, Tucson , AZ

14   85711 ("Debtors' Homestead").

15   8.    Chase Home Finance is believed to be the current holder of a promissory note in

16   the principal amount of $223,432.00 and which is secured by a first Deed of Trust against

17   Debtors' Homestead. The lien was recorded in the office of the Pima County Recorder on or

18   about September, 2005.

19   9.    BAC Home Loans, as assignee, is believed to be the current holder of a promissory

20   note in the original principal amount of $72,709.00 and which is secured by a second Deed of

21   Trust against Debtors' Homestead.

22   10.    The BAC Home Loans' lien was recorded in the office of the Pima County

23   Recorder on or about September 2007.

24   11.    JP Morgan Chase Bank, as assignee, is a current holder of a promissory note in

25   the original principal amount of $37,807.00, and which is secured by a third Deed of Trust against

26   Debtors' Homestead.

27   12.    The JP Morgan Chase Bank's third lien was recorded in the office of the Pima

28   County Recorder in or about July 3, 2007.

1         13.     The JP Morgan Chase Bank third lien is junior and subordinate to both the BAC

2 Home Loans and Chase Home Loans' first and second liens.

3         14.     An appraisal undertaken of Debtors' Homestead in June 2010 reveals that the

4 market value of Debtors' Homestead, at the time of the appraisal, is \$222,000.00. (See attached

5 Appraisal). As a result, the liens with BAC Home Loans and JP Morgan Chase Bank are

6 unsecured.

7 <center>COUNT 1</center>

8 <center>LIEN AVOIDANCE</center>

9         15.     Plaintiffs re-allege and incorporate paragraphs 1 through 14, above as if set

10 forth in full herein.

11         16.     BAC Home Loans with its second lien, is a wholly unsecured lien holder.

12         17.     The JP Morgan Chase Bank with it's third lien is a wholly unsecured lien

13 holder.

14         18.     The second and third liens may be avoided.

15         19.     BAC Home Loans and JP Morgan Chase Bank are  to be treated as unsecured

16 creditors in Debtors'/Plaintiffs' Chapter 13 case and Chapter 13 Plan.

17      WHEREFORE, Debtors/Plaintiffs pray for the following relief:

18         1.     For purposes of the Debtor's Chapter 13 plan, only, the second and third liens

19 of BAC Home Loans and JP Morgan Chase Bank should be zero. Lienholders do not have a

20 secured claim and the lien may not be enforced pursuant to *11 U.S.C. §§506, 1322,(b)(2)*

21 *and 1327.*  BAC Home Loans and JP Morgan Chase Bank should be treated as unsecured

22 creditors in the Chapter 13 plan.

23         2.     Upon entry of a discharge in Debtors' Chapter 13 case, the liens shall be

24 voided for all purposes and, upon application by Debtors, the Court will enter an appropriate

25 form of judgment voiding the liens.

26         3.     For such other and further relief as the Court may order.

27      DATED this 7th day of July 2010.

28                         LAW OFFICE OF KATHRYN L. JOHNSON, PLC

1

2

By: /s/ _Kathryn L. Johnson_
Kathryn L. Johnson
Attorney for Debtors/Plaintiffs

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUMMARY APPRAISAL REPORT



# APPRAISAL OF REAL PROPERTY

## LOCATED AT:
5164 E CIRCULO LAS CABANAS
WILLIAMS CENTRE BLOCK 24 RESUB LOT 0007
TUCSON, AZ 85711

## FOR:
CLIENT: CARLOS L BURTON
5164 E. CIRCULO LAS CABANAS
TUCSON, AZ 85711

## AS OF:
JUNE 14, 2010

## BY:
WASHINGTON M. MASON, JR
AMAZON APPRAISALS, INC.
1640 E. RIVER ROAD, SUITE #208
TUCSON, AZ 85718

AMAZON APPRAISALS, INC.
1790 E. RIVER ROAD, STE 142
TUCSON, AZ 85718
(520) 529-3878


ATTN: MR. BURTON


CLIENT: CARLOS L BURTON
5164 E. CIRCULO LAS CABANAS
TUCSON, AZ 85711


Re: Property:    5164 E CIRCULO LAS CABANAS
                 TUCSON, AZ 85711
    Borrower:    CLIENT: CARLOS L BURTON
    File No.:    10MY042


In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,

*Washington M. Mason Jr.*

WASHINGTON M. MASON , JR
CERTIFIED RESIDENTIAL REAL
ESTATE APPRAISER #21875

# UNIFORM RESIDENTIAL APPRAISAL REPORT

Property Description                                                                 File No. 10MY042

## SUBJECT

| | |
|---|---|
| Property Address | 5164 E CIRCULO LAS CABANAS | City TUCSON | State AZ | Zip Code 85711 |
| Legal Description | WILLIAMS CENTRE BLOCK 24 RESUB LOT 0007 | | County PIMA |
| Assessor's Parcel No. 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 | Tax Year 2010 | R.E. Taxes $ 2,402.24 | Special Assessments $ *N/A |
| Borrower CLIENT: CARLOS L BURTON | Current Owner BURTON, CARLOS L | Occupant: ⊠ Owner ☐ Tenant ☐ Vacant |
| Property rights appraised ⊠ Fee Simple ☐ Leasehold | Project Type ⊠ PUD ☐ Condominium (HUD/VA only) | HOA $ 75.00 /Mo. |
| Neighborhood or Project Name   WILLIAM CENTRE | Map Reference T14S-R14E-SEC 14 | Census Tract 33.01 |
| Sale Price $   N/A | Date of Sale N/A | Description and $ amount of loan charges/concessions to be paid by seller  N/A |
| Lender/Client   CLIENT: CARLOS L BURTON | Address 5164 E. CIRCULO LAS CABANAS, TUCSON, AZ 85711 |
| Appraiser   WASHINGTON M. MASON, JR | Address 1790 E. RIVER ROAD, STE 142, TUCSON , AZ 85718 |

## NEIGHBORHOOD

| Location | ⊠ Urban | ☐ Suburban | ☐ Rural | Predominant occupancy | Single family housing | | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|---|
| | | | | | PRICE $(000) | AGE (yrs) | | |
| Built up | ⊠ Over 75% | ☐ 25-75% | ☐ Under 25% | | | | One family 60 | ⊠ Not likely ☐ Likely |
| Growth rate | ☐ Rapid | ⊠ Stable | ☐ Slow | ⊠ Owner 90 | 100 Low NEW | | 2-4 family 3 | ☐ In process |
| Property values | ☐ Increasing | ⊠ Stable | ⊠ Declining | ⊠ Tenant 5 | 440 High 55+ | | Multi-family 3 | To: |
| Demand/supply | ☐ Shortage | ⊠ In balance | ☐ Over supply | ⊠ Vacant (0-5%) | Predominant | | Commercial 7 | |
| Marketing time | ☐ Under 3 mos. | ⊠ 3-6 mos. | ☐ Over 6 mos. | ☐ Vac.(over 5%) | 220 | 25 | VAC LND 7 | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics:   NORTH- SPEEDWAY BOULEVARD, SOUTH-GOLF LINK ROAD, WEST-SWAN ROAD,EAST- WILMOT ROAD. PRIMARILY RESIDENTIAL AREA.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): THE SUBJECT IS LOCATED IN THE CENTRAL PORTION OF TUCSON IN AN ESTABLISHED GATED NEIGHBORHOOD. HOMES ARE A MIXTURE OF TOWNHOMES, SINGLE-FAMILY RESIDENCES, MULTI-FAMILY UNITS AND SOME COMMERCIAL PROPERTIES. REGIONAL EMPLOYMENT CENTERS, SCHOOLS, SHOPPING AND OTHER URBAN AMENITIES ARE NEARBY.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): INTEREST RATES REMAIN RELATIVELY LOW. THE RESIDENTIAL REAL ESTATE MARKET IS ACTIVE WITH SUFFICIENT BUYERS AND A SHORTAGE OF SELLERS INTERACTING. TYPICAL FINANCING IN THE QUALIFIED TO SUBJECT'S MARKET AREA INCLUDES CONVENTIONAL LOANS, CASH AND SELLER TERMS. MARKET VALUES HAVE RAPIDLY INCREASED IN TUCSON IN THE PAST YEAR.

## PUD

Project Information for PUDs (if applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?   ☐ Yes ⊠ No
Approximate total number of units in the subject project   N/A   Approximate total number of units for sale in the subject project   N/A
Describe common elements and recreational facilities:   N/A

## SITE

| | | | | |
|---|---|---|---|---|
| Dimensions SEE ATTACHED PLAT | | | Topography | LEVEL |
| Site area 9,717 SQ FT (PER PLAT) | | Corner Lot ☐ Yes ⊠ No | Size | TYPICAL |
| Specific zoning classification and description R - 1/SINGLE FAMILY RESIDENTIAL | | | Shape | IRREGULAR |
| Zoning compliance ⊠ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | | Drainage | APPEARS ADEQUATE |
| Highest & best use as improved: ⊠ Present use ☐ Other use (explain) | | | View | MOUNTAINS |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | ⊠ | | Street | ASPHALT | ⊠ | ☐ | Landscaping | DESERT/LOW CARE |
| Gas | ⊠ | | Curb/gutter | CONCRETE | ⊠ | ☐ | Driveway Surface | CONCRETE |
| Water | ⊠ | | Sidewalk | CONCRETE | ⊠ | ☐ | Apparent easements TYPICAL UTILITY |
| Sanitary sewer | ⊠ | | Street lights | NONE | ☐ | ☐ | FEMA Special Flood Hazard Area ☐ Yes ⊠ No |
| Storm sewer | ☐ | | Alley | NONE | ☐ | ☐ | FEMA Zone X   Map Date 02/08/1999 |
| | | | | | | | FEMA Map No. 04019C2234K |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): NO APPARENT ADVERSE EASEMENTS OR ENCROACHMENTS NOTED. THE SITE IS TYPICAL FOR THE AREA. *ANY ASSESSMENTS TO BE PAID AT CLOSING.

## DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. of Units | ONE | Foundation | CONCRETE/AVG | Slab | CONCRETE | Area Sq. Ft. N/A | | Roof | UNKN | ⊠ |
| No. of Stories | ONE | Exterior Walls | FRMSTUCC/AVG | Crawl Space N/A | | % Finished N/A | | Ceiling | UNKN | ⊠ |
| Type (Det./Att.) | DET | Roof Surface | TILE/AVG | Basement N/A | | Ceiling N/A | | Walls | UNKN | ⊠ |
| Design (Style) | CONTEMP | Gutters & Dwnspts. OH/AVG | | Sump Pump N/A | | Walls N/A | | Floor | UNKN | ⊠ |
| Existing/Proposed | EXISTING | Window Type | ALUM.DP/AVG | Dampness N/A | | Floor N/A | | None | UNKN | ⊠ |
| Age (Yrs.) | 10 YRS | Storm/Screens | SCREENS/AVG | Settlement N/A | | Outside Entry N/A | | Unknown | | ⊠ |
| Effective Age (Yrs.) | 12 YRS | Manufactured House N/A | | Infestation N/A | | | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | N/A |
| Level 1 | ENT | 1 | AREA | 1 | | 1 | | 4 | 2 | X | | 1,854 |
| Level 2 | | | | | | | | | | | | |

Finished area above grade contains:   6 Rooms;   4 Bedroom(s);   2 Bath(s);   1,854 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | TLE,WW/AVG | Type | FWA | Refrigerator | ⊡ | None | | Fireplace(s) # ONE | ⊠ | None | ☐ |
| Walls | DRYWALL/AVG | Fuel | GAS | Range/Oven | ⊠ | Stairs | | Patio COV | ⊠ | Garage | # of cars |
| Trim/Finish | WOOD/AVG | Condition AVG | | Disposal | ⊠ | Drop Stair | | Deck NONE | | Attached | 2 CAR |
| Bath Floor | TLE/AVG | COOLING | | Dishwasher | ⊠ | Scuttle | ⊠ | Porch COV | ⊠ | Detached | |
| Bath Wainscot | TLE/AVG | Central | REF | Fan/Hood | ⊠ | Floor | | Fence BLKWL | ⊠ | Built-In | |
| Doors | H.CORE/AVG | Other | N/A | Microwave | ⊡ | Heated | | Pool N/A | ☐ | Carport | |
| | | Condition AVG | | Washer/Dryer | ⊡ | Finished | | OS FP/BBQ AREA | ⊠ | Driveway | CONCRETE |

Additional features (special energy efficient items, etc.):   COVERED PORCH, RV GATE, OUTSIDE FIREPLACE, BBQ AREA, CELINING FANS AND A BLOCK WALL.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.:   THE SUBJECT IS OVERALL IN AVERAGE CONDITION WITH NO EXTERNAL OR FUNCTIONAL OBSOLESCENCE NOTED. THERE ARE NO MAJOR REPAIR ITEMS NOTED THAT WOULD ADVERSELY AFFECT THE MARKETABILITY OF THE SUBJECT PROPERTY.

## COMMENTS

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.:   NO ADVERSE ENVIRONMENTAL CONDITIONS WERE NOTED ON OR AROUND THE SITE AT THE TIME OF INSPECTION. THE APPRAISER IS NOT QUALIFIED TO DETERMINE ENVIRONMENTAL HAZARDS.)

Case 4:10-ap-01233-JMM — Doc Window Filed 07/06/10 Entered 07/06/10 12:42:25   Desc
Main Document    Page 7 of 23

Valuation Section

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 10MY042

## COST APPROACH

| | | |
|---|---|---|
| ESTIMATED SITE VALUE | = $ | 55,000 |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | |
| Dwelling 1,854 Sq. Ft. @$ 74.86 | = $ | 138,790 |
| Sq. Ft. @$ | = | |
| WL/STG/LSCP/CV/PAT/CV/OSPFP/FP/LSCP | = | 55,000 |
| Garage/Carport 420 Sq. Ft. @$ 23.63 | = | 9,925 |
| Total Estimated Cost New | = $ | 203,715 |
| Less: Physical / Functional / External | | |
| Depreciation 40,743 | =$ | 40,743 |
| Depreciated Value of Improvements | =$ | 162,972 |
| "As-Is" Value of Site Improvements | =$ | 10,000 |
| INDICATED VALUE BY COST APPROACH | =$ | 227,972 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): 1,854 SQUARE FEET OF LIVING AREA. NO EXTERNAL OR FUNCTIONAL OBSOLESCENCE NOTED. THE COST APPROACH WAS DONE WITH THE AID OF THE MARSHALL AND SWIFT RESIDENTIAL COST HANDBOOK.

REMAINING ECONOMIC LIFE = 40 YEARS.
DEPRECIATION IS BASED ON EFFECTIVE AGE/LIFE METHOD:
20/60 =30%

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5164 E CIRCULO LAS CABANAS TUCSON | 5146 E. CIRCULO LAS CABANAS 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 | | 5212 E. CALLE VISTA DE COLORES 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 | | 4026 E. WHITMAN STREET 126-07-149C | |
| Proximity to Subject | | 0.04 miles | | 0.26 miles | | 1.24 miles | |
| Sales Price | $ N/A | | $ 218,000 | | $ 199,000 | | $ 207,000 |
| Price/Gross Living Area | $ | $ 156.27 | | $ 135.19 | | $ 105.40 | |
| Data and/or Verification Source | INSPECTION ASSESSOR | MLS/ASSESSOR/AGENT MLS#20931276/DOM 34 DAYS | | MLS/ASSESSOR/AGENT MLS#21001493/DOM 23 DAYS | | MLS/ASSESSOR/AGENT MLS#21008424/DOM 40 DAYS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| Sales or Financing Concessions | | CASH NONE | | FHA NONE | | FHA NONE | |
| Date of Sale/Time | | 01/2010 | -4,360 | 02/2010 | -1,990 | 04/2010 | |
| Location | WILLIAM CT/GTD | WILLIAM CT/GTD | | PRESIDIO/GTD | | COL.ESTS | +5,000 |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 0.22AC/AVG | 0.11AC/INF | +5,000 | 0.08AC/INF | +5,000 | 0.16AC/AVG | |
| View | MOUNTAINS | MOUNTAINS | | MOUNTAINS | | MOUNTAINS | |
| Design and Appeal | CONTEMP | CONTEMP | | 2 STORY | | CONTEMP | |
| Quality of Construction | FRMSTUCC/TL RF | FRMSTUCC/TL RF | | FRMSTUCCO | +5,000 | FRMSTUCC/TL RF | |
| Age | 1998/12 YRS | 1998/12 YRS | | 1997/13 YRS | | 1988/22 YRS | +12,000 |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count (Total / Bdrms / Baths) | 6 / 4 / 2 | 6 / 3 / 2 | | 4 / 2 / 2.5 | +5,000 -3,000 | 5 / 3 / 2 | |
| Gross Living Area | 1,854 Sq. Ft. | 1,395 Sq. Ft. | +14,000 | 1,472 Sq. Ft. | +11,500 | 1,964 Sq. Ft. | -3,500 |
| Basement & Finished | N/A | NONE | | NONE | | NONE | |
| Rooms Below Grade | N/A | NONE | | N/A | | NONE | |
| Functional Utility | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Heating/Cooling | FWA/REF | FWA/REF | | FWA/REF | | FWA/REF | |
| Energy Efficient Items | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Garage/Carport | 2CGAR | NONE | | 2CGAR | | 2CGAR | |
| Porch, Patio, Deck, Fireplace(s), etc. | COV/COV ONE/OS FP | COV/COV NONE | +3,000 | COV/COV ONE | +1,500 | COV/COV ONE | +1,500 |
| Fence, Pool, etc. | WL,LSCP,STG | WL,LSCP,STG | | WL,LSCP,STG | | WL,LSCP,STG | |
| FEATURES | APPL.-MISC. | SIMILAR | | SIMILAR | | SIMILAR | |
| Net Adj. (total) | | ☒ + ☐ - | $ 17,640 | ☒ + ☐ - | $ 23,010 | ☒ + ☐ - | $ 15,000 |
| Adjusted Sales Price of Comparable | | Net 8.1 % Gross 12.1 % | $ 235,640 | Net 11.6 % Gross 16.6 % | $ 222,010 | Net 7.2 % Gross 10.6 % | $ 222,000 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): NO FINANCING ADJUSTMENTS ARE WARRANTED AND NO ADVERSE FACTORS INFLUENCING MARKET VALUE ARE NOTED. THE COMPARABLE SALES USED ARE THE MOST PROXIMATE AND SIMILAR SALES AVAILABLE, AND HAVE SIMILAR INFLUENCES AND MARKET APPEAL. THE COMPARABLES SQUARE FOOTAGE HAS BEEN ADJUSTED TO THE NEAREST $500 AS THIS REFLECTS THE ACTIONS OF BUYERS AND SELLERS IN THE REAL ESTATE MARKET.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | NO SALE NOTED IN LAST 36 MNTH ASSESSOR/TITLE | NO SALES NOTED WITHIN LAST 12 MONTHS ASSESSOR'S/MLS/TITLE | NO SALES NOTED WITHIN LAST 12 MONTHS ASSESSOR'S/MLS/TITLE | NO SALES NOTED WITHIN LAST 12 MONTHS ASSESSOR'S/MLS/TITLE |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: NO SALES ,LISTING OR TRANSFERS WERE LOCATED WITHIN LAST 36 MONTHS PER TUCSON MLS.

INDICATED VALUE BY SALES COMPARISON APPROACH $ 222,000

INDICATED VALUE BY INCOME APPROACH (if Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $ N/A

## RECONCILIATION

This appraisal is made ☒ "as is" ☐ subject to the repairs, alterations, inspections or conditions listed below ☐ subject to completion per plans & specifications.

Conditions of Appraisal: THIS REPORT IS NOT A HOME INSPECTION.

Final Reconciliation: THE MARKET APPROACH IS GIVEN PRIMARY WEIGHT SUPPORTED BY THE COST APPROACH. THE INCOME APPROACH HAS NOT BEEN INCLUDED IN THIS REPORT. THE INTENDED USE OF THIS APPRAISAL IS TO ESTIMATE CURRENT MARKET VALUE OF HOME FOR MR. BURTON AND IS NOT INTENDED FOR ANY OTHER PURPOSE OR USER.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised 06/93 ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF JUNE 14, 2010 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 222,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature Washington M. Mason Jr. | Signature ☐ Did ☐ Did Not Inspect Property |
| Name WASHINGTON M. MASON, JR | Name |
| Date Report Signed JUNE 16, 2010 | Date Report Signed |
| State Certification # 21675 State AZ | State Certification # State |
| Or State License # State | Or State License # State |

# UNIFORM RESIDENTIAL APPRAISAL REPORT
## MARKET DATA ANALYSIS

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject. If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| | 5164 E CIRCULO LAS CABANAS | 5151 E. CIRCULO LAS CABANAS | | 641 S. TAMPICO | | 5113 E. CIRCLO LAS CABANAS | |
| Address  CABANAS TUCSON | | 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 | | 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 | | 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 | |
| Proximity to Subject | | 0.03 miles | | 1.31 miles | | 0.03 miles | |
| Sales Price | $         N/A | $         260,000 | | $         229,000 | | $         269,800 | |
| Price/Gross Living Area | $         ⌘ | $   164.35 ⌘ | | $   121.81 ⌘ | | $   167.58 ⌘ | |
| Data and/or | INSPECTION | MLS/ASSESSOR/AGENT | | MLS/ASSESSOR/AGENT | | MLS/ASSESSOR/AGENT | |
| Verification Sources | ASSESSOR | MLS#21005247/DOM 14 DAYS | | MLS#21000963/DOM 80 DAYS | | MLS#21022737/DOM 09 DAYS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing | | CONV | | CONV | | ACTIVE LISTING | -32,376 |
| Concessions | | NONE | | NONE | | NONE | |
| Date of Sale/Time | | 03/2010 | | 04/2010 | | N/A | |
| Location | WILLIAM CT/GTD | WILLIAM CT/GTD | | SAN FERNANDO | +5,000 | WILLIAM CT/GTD | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 0.22AC/AVG | 0.13AC/AVG | | 0.19AC/AVG | | 0.12AC/AVG | |
| View | MOUNTAINS | MOUNTAINS | | MOUNTAINS | | MOUNTAINS | |
| Design and Appeal | CONTEMP | CONTEMP | | CONTEMP | | CONTEMP | |
| Quality of Construction | FRMSTUCC/TL RF | FRMSTUCC/TL RF | | SLUMP BLK/TL RF | | FRMSTUCC/TL RF | |
| Age | 1999/12 YRS | 1999/12 YRS | | 2003/7 YRS | | 1998/13 YRS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total :Bdrms: Baths | Total :Bdrms: Baths | | Total :Bdrms: Baths | | Total :Bdrms: Baths | |
| Room Count | 6  :  4  :  2 | 6  :  4  :  2 | | 6  :  3  :  2 | | 5  :  3  :  2 | |
| Gross Living Area | 1,854 Sq. Ft. | 1,582 Sq. Ft. | +8,000 | 1,880 Sq. Ft. | 0 | 1,610 Sq. Ft. | +7,500 |
| Basement & Finished | N/A | NONE | | NONE | | NONE | |
| Rooms Below Grade | N/A | NONE | | NONE | | NONE | |
| Functional Utility | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Heating/Cooling | FWA/REF | FWA/REF | | FWA/REF | | FWA/REF | |
| Energy Efficient Items | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Garage/Carport | 2CGAR | 2CGAR | | 2CGAR | | 2CGAR | |
| Porch, Patio, Deck, | COV/COV | COV/COV | | COV/COV | | COV/COV | |
| Fireplace(s), etc. | ONE/OS FP | ONE | +1,500 | NONE | +3,000 | NONE | +3,000 |
| Fence, Pool, etc. | WL,LSCP,STG | WL,LSCP,STG | | WL,LSCP,STG | | WL,LSCP,STG | |
| FEATURES | APPL~MISC. | SUP.UPGRDS | -10,000 | SIMILAR | | SUP.UPGRDS | -10,000 |
| Net Adj. (total) | | ☐ +  ☒ −  :$ | 500 | ☒ +  ☐ − :$ | 8,000 | ☐ +  ☒ − :$ | 31,876 |
| Adjusted Sales Price | | Net 0.2 % | | Net 3.5 % | | Net 11.8 % | |
| of Comparable | | Gross 7.5 %  $ | 259,500 | Gross 3.5 %  $ | 237,000 | Gross 19.6 %  $ | 237,924 |
| Date, Price and Data | NO SALE NOTED | NO SALES NOTED | | NO SALES NOTED | | NO SALES NOTED | |
| Source for prior sales | IN LAST 36 MNTH | WITHIN LAST 12 MONTHS | | WITHIN LAST 12 MONTHS | | WITHIN LAST 12 MONTHS | |
| within year of appraisal | ASSESSOR/TITLE | ASSESSOR'S/MLS/WINDATA | | ASSESSOR'S/MLS/WINDATA | | ASSESSOR'S/MLS/WINDATA | |

Comments:  COMPARABLE SIX IS AN ACTIVE LISTING USED TOP FURTHER SUPPORT THE MARKET APPROACH.

SALES COMPARISON ANALYSIS

COMMENTS

Market Data Analysis 6-93

**Supplemental Addendum**

| Borrower/Client CLIENT: CARLOS L BURTON | | | |
|---|---|---|---|
| Property Address 5164 E CIRCULO LAS CABANAS | | | |
| City TUCSON | County PIMA | State AZ | Zip Code 85711 |
| Lender CLIENT: CARLOS L BURTON | | | |

**• URAR : Additional Comments**
TEXT ADDENDUM:
THE NEIGHBORHOOD'S LOCATION IS BUILT UP GREATER THAN 25% WITH MARKETING TIMES BETWEEN 1 TO 3 MONTHS.

THE VALUE OF THE SUBJECT PROPERTY IS NOT ABOVE THE PREDOMINANT VALUE FOR THE NEIGHBORHOOD.

ENVIRONMENTAL DISCLAIMER: THE VALUE ESTIMATED IS BASED ON THE ASSUMPTION THAT THE PROPERTY IS NOT NEGATIVELY AFFECTED BY THE EXISTENCE OF HAZARDOUS SUBSTANCES OR OTHER DETRIMENTAL ENVIRONMENTAL CONDITIONS UNLESS STATED IN THIS REPORT. THE APPRAISER IS NOT AN EXPERT OR QUALIFIED IN THE IDENTIFICATION OF HAZARDOUS SUBSTANCES OR ADVERSE ENVIRONMENTAL CONDITIONS.

THERE ARE NO KNOWN ASSESSMENTS TO THE SUBJECT PROPERTY AT THE TIME OF INSPECTION. THE ISSUE OF ASSESSMENTS IS CONSIDERED TO BE A TITLE ISSUE AND THE RESPONSIBILITY OF THE CLIENT. THE APPRAISED VALUE OF THE SUBJECT IS IN FEE SIMPLE WITH NO ASSESSMENTS CONSIDERED AND CLEAR MARKETABLE TITLE UNLESS OTHERWISE STATED.

THE SUBJECT HAS A LEGAL ZONING THAT CONFORMS TO PIMA COUNTY PLANNING AND ZONING REQUIREMENTS.

THE LAND VALUE IS LESS THAN 30% OF THE APPRAISED VALUE.

COMMENTS ON MARKET DATA:
PROXIMITY OF COMPARABLES TO SUBJECT PROPERTY: ALL SALES ARE WITHIN THE SUBJECT'S MARKET AREA. THIS IS THE SAME TYPE OF SEARCH THE TYPICAL HOME BUYER WOULD EMPLOY IN SEARCHING FOR A SIMILAR PROPERTY. DUE TO FEW SALES SIMILAR TO SUBJECT APPRAISER FOUND IT NECESSARY TO EXCEED TYPICAL ONE MILE RADIUS GUIDELINE. THIS DOES NOT ADVERSELY AFFECT MARKETABILITY OF SUBJECT. IT IS NOTED THAT THERE WERE ONLY TWO SALES AND ONE ACTIVE LISTING IN THE SUBJECT SUBDIVIDSION WITHIN LAST SIX MONTHS AND ALL WERE USED IN THIS REPORT

COMPARABLE SALES USED HAVE SOLD WITHIN THE PAST SIX MONTHS. NO. COMPARABLE FIVE IS AN ACTIVE LISTING THAT WAS USED TO FURTHER SUPPORT THE MARKET APPROACH.

THERE ARE NO INDIVIDUAL ADJUSTMENTS 10% OF THE SALES PRICE; NET ADJUSTMENTS DO NOT EXCEED 15% OF THE SALES PRICE, AND GROSS ADJUSTMENTS ARE NOT GREATER THAN 25% OF THE SALES PRICE.

COMMENT ON ADJUSTMENTS:
DUE TO COMPARABLE SIX BEING AN ACTIVE LISTING AN DOWNWARD ADJUSTMENT WAS GIVEN.
DUE TO COMPARABLES ONE AND TWO BEING AN OVER 90 DAYS OLD SALES AN DOWNWARD ADJUSTMENT WAS GIVEN.
DUE TO NOT BEING LOCATED IN A GATED NEIGHBORHOOD AN UPWARD ADJUSTMENTS WASN GIVEN TO COMPARABLES THREE AND FIVE.
DUE TO NOT POSSESSING A TILE ROOF AN UPWARD ADJUSTMENT WAS GIVEN TO COMNPARABLE TWO.
DUE TO DIFFERENCES IN YEAR BUILT AN UPWARD ADJUSTMENT WAS GIVEN TO COMPARABLE THREE.
DUE TO DIFFERENCES IN LOT SIZE ADJUSTMENTS WERE GIVEN TO COMPARABLES ONE AND TWO.
DUE TO NOT POSSESSING SIMILAR BEDROOMS AND BATHROOMS AN UPWARD ADJUSTMENT WAS GIVEN TO COMPARABLE TWO.
DUE TO DIFFERNCES IN GROSS LIVING AREA ADJUSTMENTS WERE GIVEN TO COMNPARABLES ONE,TWO,THREE,FOUR AND SIX.
DUE TO DIFFERENCES IN FIREPLACES ADJUSTMENTS WERE GIVEN TO ALL COMPARABLES.
DUE TO COMPARABLE SIX POSSESSING SUPERIOR UPGRADES (GRANITE COUNTER TOPS, UPGRADED FLOORING AND CABINETS) A DOWNWARD ADJUSTMENT WAS GIVEN.

A REVIEW OF ACTIVE LISTINGS IN THE AREA INDICATES THE SUBJECT'S VALUE ESTIMATE IS REASONABLE AND SUPPORTED.

THE APPRAISER HAS DIGITALLY AFFIXED HIS SIGNATURE USING A PASSWORD ENCRYPTED METHOD. THIS SIGNATURE CARRIES THE SAME VALIDITY AS AN INDIVIDUAL'S HANDWRITTEN SIGNATURE.

**• URAR : Improvements - Condition of the Property**
THE SUBJECT IS IN OVERALL AVERAGE CONDITION WITH NO EXTERNAL OR FUNCTIONAL OBSOLESCENCE NOTED. THERE ARE NO REPAIR ITEMS NOTED THAT WOULD ADVERSELY AFFECT THE MARKETABILITY OF THE SUBJECT PROPERTY. IT IS NOTED THAT THE ASSESSOR'S DRAWING OF THE SUBJECT SHOWS A LAU. ROOM. AFTER INSPECTING THIS ROOM AND TALKING TO THE OWNER THIS ROOM HAS A VENT FOR HEATING AND COOLING SO THIS AREA WAS ADDED TO SUBJECT GROSS LIVING AREA.

NEIGHBORHOOD COMMENT:
THE GREATER TUCSON AREA EXPERIENCED UNPRECEDENTED GROWTH FROM 2002 TO 2006 WITH THE HEIGHT OF THE MARKET AT THE END OF 2005.

RECENT TIGHTENING OF STANDARDS IN THE SECONDARY MARKET COULD LEAD TO DOWN TENDING IN THE MARKET PRICES IF FEWER BUYERS ARE ABLE TO QUALIFY FOR MARKET INTEREST RATE LOANS. IT IS NOT CLEAR IF THE CHANGES IN THE LENDERS UNDERWRITING STANDARDS ARE LONG TERM OR SHORT TERM. FORECASTING FUTURE ECONOMIC CONDITIONS IS NOT WITHIN THE SCOPE OF THIS APPRAISAL ASSIGNMENT. HOWEVER , BUILDERS CONTINUE TO CONTRACT NEW HOMES AND OWNER/SELLERS APPEAR TO BE RESISTANT TO MORE SIGNIFICANT PRICE REDUCTIONS INDICATING A BALANCED SUPPLY AND DEMAND.

## MULTI-PURPOSE SUPPLEMENTAL ADDENDUM
## FOR FEDERALLY RELATED TRANSACTIONS

Amazon Appraisals Inc.

| | |
|---|---|
| Borrower/Client  CLIENT: CARLOS L BURTON | |
| Property Address 5164 E CIRCULO LAS CABANAS | |
| City  TUCSON    County  PIMA    State  AZ    Zip Code  85711 | |
| Lender  CLIENT: CARLOS L BURTON | |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a convenient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), The Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

> **This Multi-Purpose Supplemental Addendum is for use with any appraisal. Only those statements which have been checked by the appraiser apply to the property being appraised.**

### ☒ PURPOSE & FUNCTION OF APPRAISAL

The purpose of the appraisal is to estimate the market value of the subject property as defined herein. The function of the appraisal is to assist the above-named Lender in evaluating the subject property for lending purposes. This is a Federally related transaction.

### ☒ EXTENT OF APPRAISAL PROCESS

☒ The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

☒ The Reproduction Cost is based on  MARSHALL AND SWIFT RESIDENTIAL COST HANDBOOK
supplemented by the appraiser's knowledge of the local market.

☒ Physical depreciation is based on the estimated effective age of the subject property. Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

☒ The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not considered to be meaningful. For this reason, the Income Approach was not used.

☐ The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area. The rental knowledge is based on prior and/or current rental rate surveys of residential properties. The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

☐ For income producing properties, actual rents, vacancies and expenses have been reported and analyzed. They have been used to project future rents, vacancies and expenses.

### ☒ SUBJECT PROPERTY OFFERING INFORMATION

According to  MLS, ASSESSOR AND OWNER _____ the subject property:
☒ has not been offered for sale in the past 30 days.
☐ is currently offered for sale for $ _____ .
☐ was offered for sale within the past 30 days for $ _____ .
☐ Offering information was considered in the final reconciliation of value.
☐ Offering information was not considered in the final reconciliation of value.
☐ Offering information was not available. The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

### ☒ SALES HISTORY OF SUBJECT PROPERTY

According to  PIMA COUNTY ASSESSOR _____ the subject property:
☒ has not transferred in the past twelve months.        ☒ has not transferred in the past thirty-six months.
☐ has transferred in the past twelve months.            ☐ has transferred in the past thirty-six months.
☐ All prior sales which have occurred in the past twelve months are listed below and reconciled to the appraised value, either in the body of the report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| | | | | |
| | | | | |

### ☒ FEMA FLOOD HAZARD DATA

☒ Subject property is not located in a FEMA Special Flood Hazard Area.
☐ Subject property is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel # | Map Date | Name of Community |
|---|---|---|---|
| X | 04019C2234K | 02/08/1999 | PIMA COUNTY, ARIZONA |

☐ The community does not participate in the National Flood Insurance Program.
☒ The community does participate in the National Flood Insurance Program.
☒ It is covered by a regular program.
☐ It is covered by an emergency program.

☒ **CURRENT SALES CONTRACT**

☒ The subject property is currently not under contract.
☐ The contract and/or escrow instructions were not available for review. The unavailability of the contract is explained later in the addenda section.

☐ The contract and/or escrow instructions were reviewed. The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
| | | | |

☐ The contract indicated that personal property was not included in the sale.
☐ The contract indicated that personal property was included. It consisted of

Estimated contributory value is $ _____ .

☒ Personal property was not included in the final value estimate.
☐ Personal property was included in the final value estimate.
☐ The contract indicated no financing concessions or other incentives.
☐ The contract indicated the following concessions or incentives:

☐ If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so that the final value conclusion is in compliance with the Market Value defined herein.

☒ **MARKET OVERVIEW**   Include an explanation of current market conditions and trends.

1-3 months is considered a reasonable marketing period for the subject property based on CURRENT MLS DATA.

☒ **ADDITIONAL CERTIFICATION**

The Appraiser certifies and agrees that:

(1) The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ("USPAP"), except that the Departure Provision of the USPAP does not apply.
(2) Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.
(3) This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

☒ **ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS**

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

☒ **ADDITIONAL COMMENTS**

TITLE WILL CLEAR ANY ISSUES AT CLOSE OF ESCROW.

☒ **APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION**

Appraiser's Signature _Washington M. Mason_  Effective Date JUNE 14, 2010   Date Prepared JUNE 16, 2010
Appraiser's Name (print) WASHINGTON M. MASON, JR   Phone # (520 ) 529-3878
State AZ   ☐ License   ☒ Certification # 21875   Tax ID # 86-1024850

☐ **CO-SIGNING APPRAISER'S CERTIFICATION**

☐ The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales listed in the report. The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser.
☐ The co-signing appraiser has not personally inspected the interior of the subject property and:
☐ has not inspected the exterior of the subject property and all comparable sales listed in the report.
☐ has inspected the exterior of the subject property and all comparable sales listed in the report.
☐ The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser with the exception of the certification regarding physical inspections. The above describes the level of inspection performed by the co-signing appraiser.
☐ The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section of this appraisal.

☐ **CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION**

Co-Signing
Appraiser's Signature _____   Effective Date _____   Date Prepared _____
Co-Signing Appraiser's Name (print) _____   Phone # ( )
State _____   ☐ License   ☐ Certification # _____   Tax ID # _____

Page 2 of 2

# Building Sketch (Page - 1)

| Borrower/Client | CLIENT: CARLOS L BURTON | | | |
|---|---|---|---|---|
| Property Address | 5164 E CIRCULO LAS CABANAS | | | |
| City TUCSON | County PIMA | State AZ | Zip Code 85711 | |
| Lender CLIENT: CARLOS L BURTON | | | | |



Sketch by Apex IV™

Comments:

## AREA CALCULATIONS SUMMARY

| Code | Description | Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 1853.94 | 1853.94 |
| P/P | COVERED PORCH | 199.80 | |
| | COVERED PORCH | 130.00 | |
| | COVERED ENTRY | 38.21 | 368.01 |
| GAR | 2 CAR GARAGE | 420.00 | 420.00 |

| | | |
|---|---|---|
| TOTAL LIVABLE | (rounded) | 1854 |

## LIVING AREA BREAKDOWN

| | Breakdown | | | Subtotals |
|---|---|---|---|---|
| First Floor | | | | |
| 0.5 x | 0.0 | x | 0.0 | 1.09 |
| | 2.2 | x | 62.0 | 139.04 |
| | 13.0 | x | 52.0 | 676.00 |
| | 2.1 | x | 7.3 | 15.49 |
| 0.5 x | 2.1 | x | 2.1 | 2.25 |
| 0.5 x | 2.1 | x | 2.1 | 2.25 |
| | 20.0 | x | 51.0 | 1017.83 |

| | | |
|---|---|---|
| 7 Calculations Total (rounded) | | 1854 |

## SUBJECT PHOTO PAGE

| Borrower/Client | CLIENT: CARLOS L BURTON | | | |
|---|---|---|---|---|
| Property Address | 5164 E CIRCULO LAS CABANAS | | | |
| City  TUCSON | County  PIMA | State  AZ | Zip Code  85711 | |
| Lender  CLIENT: CARLOS L BURTON | | | | |



**Front View**

| 5164 E CIRCULO LAS | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 1,854 |
| Total Rooms | 6 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | WILLIAM CT/GTD |
| View | MOUNTAINS |
| Site | 0.22AC/AVG |
| Quality | FRMSTUCC/TL RF |
| Age | 1998/12 YRS |



**Rear View**



**Street Scene**

# PHOTOGRAPH ADDENDUM

| Borrower/Client | CLIENT: CARLOS L BURTON | | | | |
|---|---|---|---|---|---|
| Property Address | 5164 E CIRCULO LAS CABANAS | | | | |
| City | TUCSON | County PIMA | State AZ | Zip Code | 85711 |
| Lender | CLIENT: CARLOS L BURTON | | | | |



LIVING ROOM



MASTER BEDROOM



BATHROOM

# PHOTOGRAPH ADDENDUM

| Borrower/Client | CLIENT: CARLOS L BURTON | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5164 E CIRCULO LAS CABANAS | | | | | |
| City | TUCSON | County | PIMA | State | AZ | Zip Code 85711 |
| Lender | CLIENT: CARLOS L BURTON | | | | | |



FIREPLACE



OUT SIDE FIREPLACE

# COMPARABLE PHOTOS PAGE

Page #14

| | | | |
|---|---|---|---|
| Borrower/Client   CLIENT: CARLOS L BURTON | | | |
| Property Address   5164 E CIRCULO LAS CABANAS | | | |
| City   TUCSON | County   PIMA | State   AZ | Zip Code   85711 |
| Lender   CLIENT: CARLOS L BURTON | | | |



### Comparable 1

5146 E. CIRCULO LAS CABANAS

| | |
|---|---|
| Prox. to Subject | 0.04 miles |
| Sale Price | 218,000 |
| Gross Living Area | 1,395 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | WILLIAM CT/GTD |
| View | MOUNTAINS |
| Site | 0.11AC/INF |
| Quality | FRMSTUCC/TL RF |
| Age | 1998/12 YRS |



### Comparable 2

5212 E. CALLE VISTA DE

| | |
|---|---|
| Prox. to Subject | 0.26 miles |
| Sale Price | 199,000 |
| Gross Living Area | 1,472 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.5 |
| Location | PRESIDIO/GTD |
| View | MOUNTAINS |
| Site | 0.08AC/INF |
| Quality | FRMSTUCCO |
| Age | 1997/13 YRS |



### Comparable 3

4026 E. WHITMAN STREET

| | |
|---|---|
| Prox. to Subject | 1.24 miles |
| Sale Price | 207,000 |
| Gross Living Area | 1,964 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | COL.ESTS |
| View | MOUNTAINS |
| Site | 0.16AC/AVG |
| Quality | FRMSTUCC/TL RF |
| Age | 1988/22 YRS |

## Comparable Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client | CLIENT: CARLOS L BURTON | | |
| Property Address | 5164 E CIRCULO LAS CABANAS | | |
| City TUCSON | County PIMA | State AZ | Zip Code 85711 |
| Lender | CLIENT: CARLOS L BURTON | | |



### Comparable 4

5151 E. CIRCULO LAS CABANAS

| | |
|---|---|
| Prox. to Subject | 0.03 miles |
| Sale Price | 260,000 |
| Gross Living Area | 1,582 |
| Total Rooms | 6 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | WILLIAM CT/GTD |
| View | MOUNTAINS |
| Site | 0.13AC/AVG |
| Quality | FRMSTUCC/TL RF |
| Age | 1998/12 YRS |



### Comparable 5

641 S. TAMPICO

| | |
|---|---|
| Prox. to Subject | 1.31 miles |
| Sale Price | 229,000 |
| Gross Living Area | 1,880 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | SAN FERNANDO |
| View | MOUNTAINS |
| Site | 0.19AC/AVG |
| Quality | SLUMP BLK/TL RF |
| Age | 2003/7 YRS |



### Comparable 6

5113 E. CIRCLO LAS CABANAS

| | |
|---|---|
| Prox. to Subject | 0.03 miles |
| Sale Price | 269,800 |
| Gross Living Area | 1,610 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | WILLIAM CT/GTD |
| View | MOUNTAINS |
| Site | 0.12AC/AVG |
| Quality | FRMSTUCC/TL RF |
| Age | 1998/12 YRS |

# Location Map

| Borrower/Client | CLIENT: CARLOS L BURTON | | | | | |
|---|---|---|---|---|---|---|
| Property Address 5164 E CIRCULO LAS CABANAS | | | | | | |
| City TUCSON | | County PIMA | | State AZ | | Zip Code 85711 |
| Lender CLIENT: CARLOS L BURTON | | | | | | |



**Plat Map**

| Borrower/Client | CLIENT: CARLOS L BURTON | | | | |
|---|---|---|---|---|---|
| Property Address | 5164 E CIRCULO LAS CABANAS | | | | |
| City | TUCSON | County | PIMA | State AZ | Zip Code 85711 |
| Lender | CLIENT: CARLOS L BURTON | | | | |



**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

   * Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 5164 E CIRCULO LAS CABANAS, TUCSON, AZ 85711

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: _Washington M. Mason Jr._ | Signature: _____ |
| Name: WASHINGTON M. MASON, JR | Name: _____ |
| Date Signed: JUNE 16, 2010 | Date Signed: _____ |
| State Certification #: 21875 | State Certification #: _____ |
| or State License #: _____ | or State License #: _____ |
| State: AZ | State: _____ |
| Expiration Date of Certification or License: 02/28/2012 | Expiration Date of Certification or License: _____ |

☐ Did ☐ Did Not Inspect Property

## Flood Map

| Borrower/Client | CLIENT: CARLOS L BURTON | | | |
|---|---|---|---|---|
| Property Address | 5164 E CIRCULO LAS CABANAS | | | |
| City TUCSON | | County PIMA | State AZ | Zip Code 85711 |
| Lender | CLIENT: CARLOS L BURTON | | | |



**InterFlood**
by a la mode
www.interflood.com ▪ 1-800-252-6633

**Prepared for:**
Amazon Appraisals Inc.

5164 E CIRCULO LAS CABANAS
TUCSON, AZ 85711

REVISED AREA

FLOODSCAPE

Flood Hazards Map

Map Number
04019C2234K

Effective Date
February 8, 1999

Powered by FloodSource
877.77.FLOOD
www.floodsource.com

© 1999-2010 SourceProse and/or FloodSource Corporations. All rights reserved. Patents 6,631,326 and 6,678,615. Other patents pending. For info: info@floodsource.com